| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Molly A Pelkey<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–3020<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Western District of Virginia | | Date case filed for chapter:       7     6/10/26 |
| Case number:   26–50346 | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Molly A Pelkey | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 115 Keens Cir<br>Apt 110<br>Winchester, VA 22602 | |
| 4. | Debtor's attorney<br>Name and address | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave. #200<br>McLean, VA 22101 | Contact phone 703–734–3800<br><br>Email:  dpress@chung–press.com |
| 5. | Bankruptcy trustee<br>Name and address | George I Vogel(74)<br>PO Box 18188<br>Roanoke, VA 24014 | Contact phone (540) 982–1220<br><br>Email:  gvogel@vogellawgroup.com |

For more information, see page 2 >

Debtor  **Molly A Pelkey**                                                                    Case number **26–50346**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Harrisonburg Division<br>116 N Main St, Room 223<br>Harrisonburg, VA 22802 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br><br>Contact phone 540–434–8327<br><br>Date: 6/11/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 13, 2026 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>**Zoom video meeting. Go to zoom.us/join, enter Meeting ID 720 719 2625, and Passcode 6733366570, OR call 1 (540) 470–3786**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc. |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/11/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Virginia

In re:                                                                                    Case No. 26-50346-rbc

Molly A Pelkey                                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-5                              User: admin                                 Page 1 of 3

Date Rcvd: Jun 11, 2026                       Form ID: 309A                          Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Molly A Pelkey, 115 Keens Cir, Apt 110, Winchester, VA 22602-6331 |
| 5424553 | + | Frederick County Treasurer, 107 N Kent St, Winchester, VA 22601-5000 |
| 5424557 | + | J Patrick May Esq, 2000 Tower Oaks Boulevard, 8th Floor, Rockville, MD 20852-4284 |
| 5424575 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T Mobile, P.O. Box 37380,, Albuquerque, NM 87176 |
| 5424559 | + | Lerner at Remington, DTC Apartments West LLC, 21000 Stanford Sq, Sterling, VA 20166-2446 |
| 5424560 | + | Linebarger Goggan Blair & Sampson, 4828 Loop Central Dr #500, Houston, TX 77081-2754 |
| 5424561 | + | Loudoun County Treasurer, PO Box 1000, Leesburg, VA 20177-1000 |
| 5424562 | + | Loudoun Medical Group, 224 D Cornwall St NW Ste 403, Leesburg, VA 20176-2704 |
| 5424564 | + | Madison Village Apts, 110 Bulmer Loopq, Winchester, VA 22602-7350 |
| 5424569 | + | Potomac Edison, 10802 Bower Ave,, Williamsport, MD 21795-3016 |
| 5424570 | + | Professional Account Mgt, PO Box 500, Horseheads, NY 14845-0500 |
| 5424574 | + | Shenandoah Legal Group, 3807 Brandon Ave Ste 2425, Roanoke, VA 24018-1445 |
| 5424576 | | US Attorney, 57 Court Sq, Harrisonburg, VA 22801 |
| 5424580 | + | Virginia Department of Transportation, 1221 E. Broad St., Richmond, VA 23219-2035 |
| 5424554 | + | i66 Toll Rd, 7450 Century Park Drive, Manassas, VA 20109-2138 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dpress@chung-press.com | Jun 11 2026 21:12:00 | Daniel M. Press, Chung & Press, P.C., 6718 Whittier Ave. #200, McLean, VA 22101 |
| tr | + | Email/Text: kbrown@vogellawgroup.com | Jun 11 2026 21:12:00 | George I Vogel(74), PO Box 18188, Roanoke, VA 24014-0815 |
| ust | + | Email/Text: ustpregion04.rn.ecf@usdoj.gov | Jun 11 2026 21:13:00 | USTrustee, Office of the United States Trustee, 210 First Street, Suite 505, Roanoke, VA 24011-1620 |
| 5424544 | + | EDI: ATTWIREBK.COM | Jun 12 2026 01:10:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 5424543 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 11 2026 21:12:00 | Aspire Card, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5424545 | + | EDI: PHINGENESIS | Jun 12 2026 01:10:00 | Bank of Missouri, PO Box 4477, Beaverton, OR 97076-4401 |
| 5424546 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 11 2026 21:12:09 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 5424548 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 11 2026 21:13:00 | CONSUMER PORTFOLIO SERVICES INC, P.O. Box 57071, Irvine, CA 92619-7071 |
| 5424547 | + | EDI: CAPITALONE.COM | Jun 12 2026 01:10:00 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |

District/off: 0423-5 | User: admin | Page 2 of 3
Date Rcvd: Jun 11, 2026 | Form ID: 309A | Total Noticed: 44

| | | | | |
|---|---|---|---|---|
| 5424549 | + | Email/Text: bankruptcy@credencerm.com | Jun 11 2026 21:13:00 | Credence Resource Mgt, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 5424550 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 11 2026 21:18:15 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 5424551 | | Email/Text: DEbankruptcy@domenergy.com | Jun 11 2026 21:12:00 | Dominion Energy, PO Box 26543, Richmond, VA 23290 |
| 5424552 | ^ | MEBN | Jun 11 2026 21:10:12 | Elephant Auto Insurance, P.O. Box 5005, Glen Allen, VA 23058-5005 |
| 5424555 | + | EDI: LCIICSYSTEM | Jun 12 2026 01:10:00 | IC System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5424556 | + | EDI: IRS.COM | Jun 12 2026 01:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5424575 | | EDI: JCTM | Jun 12 2026 01:10:00 | T Mobile, P.O. Box 37380,, Albuquerque, NM 87176 |
| 5424558 | + | EDI: JEFFERSONCAP.COM | Jun 12 2026 01:10:00 | Jefferson Capital Systems LLC, 200 14TH AVE E,, Sartell, MN 56377-4500 |
| 5424563 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2026 21:18:09 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5424565 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 11 2026 21:13:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 5424566 | + | Email/Text: bankruptcy@onlineis.com | Jun 11 2026 21:13:00 | Online Information Svc, PO Box 1489, Winterville, NC 28590-1489 |
| 5424568 | | EDI: PRA.COM | Jun 12 2026 01:10:00 | Portfolio Recovery, 120 Corporate Dr, Norfolk, VA 23502 |
| 5424567 | ^ | MEBN | Jun 11 2026 21:10:13 | Patient First, PO Box 718941, Philadelphia, PA 19171-8941 |
| 5424571 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 11 2026 21:12:00 | Progressive, 300 North Commons Blvd., Cleveland, OH 44143-1589 |
| 5424572 | + | Email/Text: ngisupport@radiusgs.com | Jun 11 2026 21:12:00 | Radius Global Solution, 7831 Glenroy Rd STE 250, Edina, MN 55439-3117 |
| 5424573 | + | Email/Text: joey@rmscollect.com | Jun 11 2026 21:13:00 | Receivables Management, PO Box73810, Richmond, VA 23235-8047 |
| 5424577 | + | Email/Text: edbknotices@ecmc.org | Jun 11 2026 21:12:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5424578 | + | Email/Text: va_tax_bk@harriscollect.com | Jun 11 2026 21:13:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 5424579 | + | EDI: VERIZONCOMB.COM | Jun 12 2026 01:10:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 5424581 | + | Email/Text: Bankruptcy@washgas.com | Jun 11 2026 21:13:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |
| 5424582 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 11 2026 21:13:00 | Westlake Financial, PO Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0423-5                    User: admin                    Page 3 of 3

Date Rcvd: Jun 11, 2026                 Form ID: 309A                  Total Noticed: 44

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                Signature:        /s/Gustava Winters