Tina P. Estevao (VSB #89150)
Senior Assistant County Attorney
COUNTY of LOUDOUN
One Harrison St, SE, 5th floor
P.O. Box 7000
Leesburg, Virginia  20177-7000
Telephone:  (703) 777-0307
Telecopier:  (703) 771-5025

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
Harrisonburg Division

**IN RE:**
**MOLLY A PELKEY,**

   *Debtor.*

Case No.  26-50346
Chapter 7

**NOTICE OF APPEARANCE**

  The County of Loudoun, Virginia, by counsel, hereby notes its appearance in this case. You are requested to serve all notices, documents and pleadings filed with the Court, including all notices required to be served under Fed. R. Bankr. Pro. 2002 and 9010, on the undersigned counsel whose contact information is set forth below.

          Respectfully submitted,
          The COUNTY of LOUDOUN, VIRGINIA
          By counsel

LEO P. ROGERS
COUNTY ATTORNEY

By /s/ Tina P. Estevao
 Tina P. Estevao (VSB #789150)
 Senior Assistant County Attorney
 One Harrison Street, S.E., 5th Floor (Deliveries)
 P.O. Box 7000 (U.S. Mail)
 Leesburg, Virginia 20177-7000
 Telephone: (703) 777-0307
 Telecopier: (703) 771-5025
 E-mail: Tina.Estevao@loudoun.gov

CERTIFICATE OF SERVICE

I certify that on July 16, 2026, a copy of the foregoing Notice was served by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to the parties indicated below:

Daniel M. Press
dpress@chung-press.com
*Counsel for Debtor*

George I Vogel
gvogel@vogellawgroup.com
*Chapter 7 Trustee*

/s/ Tina P. Estevao