```
                 UNITED STATES BANKRUPTCY COURT
                 WESTERN DISTRICT OF VIRGINIA
                      HARRISONBURG DIVISION

In re                              )
                                   )
Molly A Pelkey                     )
                                   )    Case No. 26-50346
              Debtor.              )    Chapter 7
_____    )
```

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS


Please take notice that effective August 15, 2026, the undersigned is changing firms.  The new address

is below.

        Dated: August 14, 2026.


                                   /s/ Daniel M. Press
                                   Daniel M. Press, DC Bar 419739
                                   Law Offices of Daniel M. Press
                                   201 Washington St.
                                   Cumberland MD 21502
                                   (703) 725-7600
                                   dan@danpress.us


                         CERTIFICATE OF SERVICE

        This is to certify that on this 14th day of August, 2026, I caused the foregoing Notice to be
served by CM/ECF upon the Chapter 7 Trustee, the Office of the U.S. Trustee, and all creditors
requesting such notice.


                                   /s/Daniel M. Press
                                   Daniel M. Press


```
Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor
```