UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG

IN RE :
Molly A Pelkey
Debtor

BCN#: 26-50346
Chapter: 7

# NOTICE OF APPEARANCE

The undersigned hereby appears in Chapter 7 Bankruptcy Proceedings as Counsel for Westlake Financial Services and requests that they be placed upon the mailing list of those creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,
LOGS Legal Group LLP

/s/ Gregory N. Britto
By: ______________________________

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Gregory J. Kennedy, Esquire
VSB #74119
LOGS Legal Group LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, NC 28269
(703) 449-5800

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August, 2026 the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

Daniel M. Press, Law Office of Daniel M. Press — Debtor's Attorney
201 Washington St
Cumberland, MD 21502

George I Vogel(74) — Chapter 7 Trustee
PO Box 18188
Roanoke, VA 24014

Via First Class Mail, Postage Prepaid:

Molly A Pelkey — Debtor(s)
115 Keens Cir
Apt 110
Winchester, VA 22602

/s/ Gregory N. Britto

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Gregory J. Kennedy, Esquire
VSB #74119
LOGS LEGAL GROUP LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, North Carolina 28269
(703) 449-5800
logsecf@logs.com 26-302746