UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG

| | |
|---|---|
| IN RE:<br>MOLLY A PELKEY<br><br>Debtor | BCN#: 26-50346<br>Chapter: 7 |

Westlake Financial Services
or present noteholder,

Movant/Secured Creditor,
v.
MOLLY A PELKEY
Debtor
and
GEORGE I VOGEL(74)
Trustee
Respondents

MOTION TO EXTEND STAY

COMES NOW, the Plaintiff, by counsel, preferring to set the hearing beyond thirty days, consents to the extension of the automatic stay imposed by 11 U.S.C. § 362(a) beyond the thirty-day limit imposed by 11 U.S.C. § 362(e), to September 30, 2026 at 10:00 AM.

Westlake Financial Services

/S/ Gregory N. Britto
By:_______________________________
Of Counsel
LOGS Legal Group LLP
William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Gregory J. Kennedy, Esquire
VSB #74119
LOGS Legal Group LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, NC 28269
(703) 449-5800 26-302746

Gregory J. Kennedy, Esquire
VSB #74119
Attorney for Movant
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, NC 28269
(703) 449-5800
26-302746

CERTIFICATE OF MAILING

I certify that a true copy of the foregoing Motion was mailed this 31st day of August, 2026 to:
Daniel M. Press, Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502

George I Vogel(74)
PO Box 18188
Roanoke, VA 24014

Molly A Pelkey
115 Keens Cir
Apt 110
Winchester, VA 22602

/s/ Gregory N. Britto

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Gregory J. Kennedy, Esquire
VSB #74119

26-302746

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Gregory J. Kennedy, Esquire
VSB #74119
LOGS Legal Group LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, NC 28269
(703) 449-5800 26-302746