**SIGNED THIS 1st day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG

| | |
|---|---|
| IN RE:<br>MOLLY A PELKEY<br><br>Debtor | BCN#: 26-50346<br>Chapter: 7 |

Westlake Financial Services
or present noteholder,

Movant/Secured Creditor,

v.

MOLLY A PELKEY
Debtor

ORDER TO EXTEND STAY

The Plaintiff, being aware that the Court is unable to schedule a preliminary hearing within the thirty day time limit imposed by 11 U.S.C. § 362(e), consents to the extension of the automatic stay imposed by 11 U.S.C. § 362(a) beyond the thirty-day limit imposed by 11 U.S.C. § 362(e), to the date stated below.

Therefore, it is **ORDERED** that the automatic stay shall remain in effect until the Court convenes and makes a disposition of this matter at the preliminary hearing set on .

***END OF ORDER***

I ask for this /s/ Gregory N. Britto

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire

VSB #23746
Gregory J. Kennedy, Esquire
VSB #74119
LOGS Legal Group LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, North Carolina 28269
26-302746

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August, 2026 the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Daniel M. Press, Law Office of Daniel M. Press<br>201 Washington St<br>Cumberland, MD 21502 | Debtor’s Attorney |
| George I Vogel(74)<br>PO Box 18188<br>Roanoke, VA 24014 | Chapter 7 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Molly A Pelkey<br>115 Keens Cir<br>Apt 110<br>Winchester, VA 22602 | Debtor(s) |

/s/ Gregory N. Britto

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Gregory J. Kennedy, Esquire
VSB #74119
LOGS LEGAL GROUP LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, North Carolina 28269
(703) 449-5800
logsecf@logs.com 26-302746