**SIGNED THIS 1st day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **In re: Molly A Pelkey**<br>**DEBTOR(S)** | **CASE NO. 26-50346**<br><br>**CHAPTER: 7** |
| **Westlake Financial Services**<br>**or present noteholder,**<br>**MOVANT(S)**<br>**v.**<br>**Molly A Pelkey, Debtor**<br>**AND**<br>**George I Vogel, Trustee**<br>**RESPONDENT(S)** | |

**O R D E R**

The above-captioned matter is deficient in the following area(s):

☐ The filing fee has not been paid in the amount of . Cases filed electronically are to be paid by debit or credit card. Cases filed *pro se* must be paid by cash, cashier's check or money order only, payable to Clerk, U.S. Bankruptcy Court, or a motion for extension of time to pay same must be filed.

☐ A notice of hearing was not attached. You must contact the Clerk's Office to obtain a hearing date and then file with the Court a Notice of Hearing and Certificate of Service indicating that notice was given to the appropriate parties. (Local Rule 9013-1 requires opposing counsel be contacted to clear hearing dates.)

☐ Pleading relates to matter set for hearing, but the Notice of Hearing has incorrect or incomplete hearing information. Explanation: . Counsel must file an amended Notice of Hearing to cure the deficiency and must file proof of service of the amended Notice of Hearing.

√ Pleading relates to matter set for hearing, but the docket entry information is incorrect. Explanation: **Zoom video conference will be before Judge Connelly instead of Judge Black**. Counsel must file a corrected entry on the docket.

☐ This case was closed on . A Motion to Reopen must be filed and appropriate fees paid, unless waived by the Court upon proper application and sufficient cause, before any action may be taken on the pleading.

☐ This case was sent to the archives. You are required to file a request with this Court accompanied by a fee in the amount of seventy dollars ($70.00) for retrieval of the file. Payment may be made by cash, cashier's check or money order only, payable to Clerk, U. S. Bankruptcy Court.

☐ The attorney's name does not appear on the rolls as having been admitted to practice before this Court. If non-resident counsel, you must associate with local counsel within **fourteen (14) days** and file with the Clerk evidence thereof and notice of entry as counsel of record pursuant to Local Rule 2090-1.

☐ Pleadings filed on behalf of a corporation **must** be filed by counsel.

It is accordingly

**O R D E R E D**

that failure to cure said deficiency(ies) within fourteen (14) days from the date of this Order, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), may result in dismissal of the pleading, or sanctions being imposed, or such other remedy as the Court deems appropriate, without further notice, hearing or Order, or if appropriate, may result in dismissal of the case without further notice or hearing. The pleading which is the subject of the deficiency referenced above is deemed lodged with the Court and the Clerk is directed to take no further action with respect to it pending curing of the deficiency or dismissal of the pleading.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); filing party, trustee, and other parties as may be appropriate.

**END OF ORDER**