Certificate Number: 06531-VAW-DE-041420813

Bankruptcy Case Number: 26-50346

06531-VAW-DE-041420813

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2026, at 5:57 o'clock PM CDT, Molly Anne Pelkey completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Virginia.

Date: September 8, 2026

By: /s/Tina Byrne

Name: Tina Byrne

Title: Certified Credit Counselor