**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Molly A Pelkey<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3020 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Virginia | | |
| Case number: | 26–50346 | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Molly A Pelkey

9/15/26

**By the court:** Rebecca B. Connelly
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Virginia

In re: Case No. 26-50346-rbc
Molly A Pelkey Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-5 User: admin Page 1 of 3
Date Rcvd: Sep 15, 2026 Form ID: 318 Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Molly A Pelkey, 115 Keens Cir, Apt 110, Winchester, VA 22602-6331 |
| 5424553 | + | Frederick County Treasurer, 107 N Kent St, Winchester, VA 22601-5000 |
| 5424557 | + | J Patrick May Esq, 2000 Tower Oaks Boulevard, 8th Floor, Rockville, MD 20852-4284 |
| 5424559 | + | Lerner at Remington, DTC Apartments West LLC, 21000 Stanford Sq, Sterling, VA 20166-2446 |
| 5424561 | + | Loudoun County Treasurer, PO Box 1000, Leesburg, VA 20177-1000 |
| 5424562 | + | Loudoun Medical Group, 224 D Cornwall St NW Ste 403, Leesburg, VA 20176-2704 |
| 5424564 | + | Madison Village Apts, 110 Bulmer Loopq, Winchester, VA 22602-7350 |
| 5424569 | + | Potomac Edison, 10802 Bower Ave,, Williamsport, MD 21795-3016 |
| 5424574 | + | Shenandoah Legal Group, 3807 Brandon Ave Ste 2425, Roanoke, VA 24018-1445 |
| 5424576 | | US Attorney, 57 Court Sq, Harrisonburg, VA 22801 |
| 5424580 | + | Virginia Department of Transportation, 1221 E. Broad St., Richmond, VA 23219-2035 |
| 5424554 | + | i66 Toll Rd, 7450 Century Park Drive, Manassas, VA 20109-2138 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nicole.rodriguez@loudoun.gov | Sep 15 2026 21:28:00 | County of Loudoun, County Attorneys Office, Attn: Tina Estevao, PO Box 7000, 1 Harrison Street SE, Leesburg, VA 20175-3102 |
| 5424544 | + | EDI: ATTWIREBK.COM | Sep 16 2026 01:22:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 5424543 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 15 2026 21:28:00 | Aspire Card, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5424545 | + | EDI: PHINGENESIS | Sep 16 2026 01:22:00 | Bank of Missouri, PO Box 4477, Beaverton, OR 97076-4401 |
| 5424546 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 15 2026 21:28:48 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 5424548 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 15 2026 21:28:00 | CONSUMER PORTFOLIO SERVICES INC, P.O. Box 57071, Irvine, CA 92619-7071 |
| 5424547 | + | EDI: CAPITALONE.COM | Sep 16 2026 01:22:00 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 5424549 | + | Email/Text: bankruptcy@credencerm.com | Sep 15 2026 21:29:00 | Credence Resource Mgt, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1930 |
| 5424550 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2026 21:31:41 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 5424551 | | Email/Text: DEbankruptcy@domenergy.com | Sep 15 2026 21:28:00 | Dominion Energy, PO Box 26543, Richmond, VA 23290 |
| 5424552 | ^ | MEBN | Sep 15 2026 21:18:34 | Elephant Auto Insurance, P.O. Box 5005, Glen Allen, VA 23058-5005 |

| | | | | |
|---|---|---|---|---|
| 5424555 | + | EDI: LCIICSYSTEM | Sep 16 2026 01:22:00 | IC System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5424556 | + | EDI: IRS.COM | Sep 16 2026 01:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5424575 | | EDI: JCTM | Sep 16 2026 01:22:00 | T Mobile, P.O. Box 37380,, Albuquerque, NM 87176 |
| 5424558 | + | EDI: JEFFERSONCAP.COM | Sep 16 2026 01:22:00 | Jefferson Capital Systems LLC, 200 14TH AVE E,, Sartell, MN 56377-4500 |
| 5433645 | | Email/Text: nicole.rodriguez@loudoun.gov | Sep 15 2026 21:28:00 | County of Loudoun, County Attorneys Office, Attn: Tina Estevao, PO Box 7000, Leesburg, VA 20177-7000 |
| 5424563 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:31:47 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5424560 | + | Email/Text: yaritza.duran@lgbs.com | Sep 15 2026 21:28:00 | Linebarger Goggan Blair & Sampson, 4828 Loop Central Dr #500, Houston, TX 77081-2754 |
| 5424565 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2026 21:28:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 5424566 | + | Email/Text: bankruptcy@onlineis.com | Sep 15 2026 21:28:00 | Online Information Svc, PO Box 1489, Winterville, NC 28590-1489 |
| 5424568 | | EDI: PRA.COM | Sep 16 2026 01:22:00 | Portfolio Recovery, 120 Corporate Dr, Norfolk, VA 23502 |
| 5424567 | ^ | MEBN | Sep 15 2026 21:18:42 | Patient First, PO Box 718941, Philadelphia, PA 19171-8941 |
| 5424570 | + | Email/Text: correspondence@duncansolutions.com | Sep 15 2026 21:28:00 | Professional Account Mgt, PO Box 500, Horseheads, NY 14845-0500 |
| 5424571 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 15 2026 21:28:00 | Progressive, 300 North Commons Blvd., Cleveland, OH 44143-1589 |
| 5424572 | + | Email/Text: ngisupport@radiusgs.com | Sep 15 2026 21:28:00 | Radius Global Solution, 7831 Glenroy Rd STE 250, Edina, MN 55439-3117 |
| 5424573 | + | Email/Text: joey@rmscollect.com | Sep 15 2026 21:29:00 | Receivables Management, PO Box73810, Richmond, VA 23235-8047 |
| 5424577 | + | Email/Text: edbknotices@ecmc.org | Sep 15 2026 21:28:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5424578 | + | Email/Text: va_tax_bk@harriscollect.com | Sep 15 2026 21:29:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |
| 5424579 | + | EDI: VERIZONCOMB.COM | Sep 16 2026 01:22:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 5424581 | + | Email/Text: Bankruptcy@washgas.com | Sep 15 2026 21:28:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |
| 5424582 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Sep 15 2026 21:28:00 | Westlake Financial, PO Box 54807, Los Angeles, CA 90054-0807 |
| 5445333 | ^ | MEBN | Sep 15 2026 21:18:32 | Westlake Financial Services, C/O LOGS Legal Group LLP, 8520 Cliff Cameron Dr., Suite 330, Charlotte, NC 28269-0013 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Westlake Financial Services |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel M. Press | on behalf of Debtor Molly A Pelkey dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Gregory N. Britto | on behalf of Creditor Westlake Financial Services gbritto@logs.com logsecf@logs.com |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 4