**SIGNED THIS 29th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG

| | |
|---|---|
| IN RE:<br>MOLLY A PELKEY<br><br>Debtor | BCN#: 26-50346<br>Chapter: 7 |

Westlake Financial Services
or present noteholder,

Movant/Secured Creditor,

William M. Savage, Esquire, VSB #26155
Gregory N. Britto, Esquire, VSB #23746
Randa Azzam, Esquire, VSB #31539
LOGS Legal Group LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, NC 28269
(703) 449-5800
26-302746

v.

MOLLY A PELKEY
Debtor
and

GEORGE I VOGEL(74)

Chapter 7Trustee

Respondents

DEFAULT ORDER

Upon review of the pleadings and the provisions of the Court's Pre-Hearing Order, which was entered by this Court on September 1, 2026, provides that respondents' failure to file a responsive pleading within fourteen (14) days of the docketing of said Order shall be deemed a waiver of any further opportunity for hearing and a default; and

WHEREAS, as of September 24, 2026, neither the Debtor nor the Chapter 7 Trustee has filed a responsive pleading by a date at least fourteen (14) days from the docketing of the Pre-Hearing Order, the Chapter 7 Trustee having filed a Report of No Distribution on July 13, 2026, while the Debtor obtained a Discharge on September 15, 2026.

IT IS ORDERED, that the automatic stay imposed by 11 U.S.C. §362 (a) be lifted, as to Westlake Financial Services, the current payee as well as the secured party under that certain Installment Sales Contract dated October 26, 2024evidencing an indebtedness secured by the lien, with regard to the motor vehicle described as:

That certain 2018 Toyota Rav4, automobile bearing VIN: JTMRFREV7JJ211738

IT IS FURTHER ORDERED that F.R.B.P. 4001(a)(4) is not applicable to the case at hand and Westlake Financial Services may immediately enforce and implement this order granting relief from the automatic stay;

IT IS FURTHER ORDERED that the relief granted in this order shall survive any subsequent conversion by the Debtor(s) to a case under any other chapter of the bankruptcy code.

IT IS FURTHER ORDERED that nothing contained herein shall prohibit the Movant from adding reasonable attorney's fees and costs incurred in this proceeding to the outstanding indebtedness in accord with the terms of the subject installment sales contract and applicable state law, with the understanding that said debt will not constitute a personal obligation to the Debtor on account of the Order of Discharge that was entered in this case on September 15, 2026; and

IT IS FURTHER ORDERED that the Secured Creditor may exercise all lawful remedies under state law to take possession of the vehicle and sell it in a commercially reasonable manner.

***END OF ORDER***

I ask for this:

/s/ Gregory N. Britto

___________________________________

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Gregory J. Kennedy, Esquire
VSB #74119
Counsel for Movant

Copies of this order are to be sent by Movant to:

LOGS LEGAL GROUP LLP
MAILING ADDRESS
8520 CLIFF CAMERON DR., SUITE 330
CHARLOTTE, NC 28269

Daniel M. Press, Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502

George I Vogel(74)
PO Box 18188

Roanoke, VA 24014

Molly A Pelkey
115 Keens Cir
Apt 110
Winchester, VA 22602

26-302746